JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| LAURA NAVA, ) | |
| ) | |
| Plaintiff, ) | Case No. SACV 15-1755 AJW |
| v. ) | |
| ) | **J U D G M E N T** |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**IT IS ADJUDGED** that defendant's decision is affirmed.

February 21, 2017

_____
ANDREW J. WISTRICH
United States Magistrate Judge